

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00055-CV

JERRY N. STANSBURY, AS INDEPENDENT EXECUTOR AND CO-TRUSTEE                                              APPELLANT

V.

THE ATTORNEY GENERAL OF TEXAS, OTHER PUTATIVE INTERESTED PARTY                                            APPELLEE

------------

## FROM THE 235TH DISTRICT COURT OF COOKE COUNTY

------------

## AND

### NO. 02-12-00109-CV

JERRY N. STANSBURY, INDIVIDUALLY, AND IN HIS CAPACITIES AS INDEPENDENT EXECUTOR AND CO-TRUSTEE                                            APPELLANT

V.

THE ATTORNEY GENERAL OF TEXAS, DEFENDANT AND OTHER PUTATIVE INTERESTED PARTY                                            APPELLEE

-----------

FROM THE COUNTY COURT AT LAW OF COOKE COUNTY

-----------

AND

**NO. 02-12-00115-CV**

JERRY N. STANSBURY,                                                  APPELLANT
INDIVIDUALLY, AND IN HIS
CAPACITIES AS INDEPENDENT
EXECUTOR AND CO-TRUSTEE

V.

THE ATTORNEY GENERAL OF                                      APPELLEE
TEXAS, DEFENDANT AND OTHER
PUTATIVE INTERESTED PARTY

-----------

FROM THE COUNTY COURT AT LAW OF COOKE COUNTY

-----------

# MEMORANDUM OPINION[1] AND ORDER

-----------

We have considered "Plaintiff's/Appellant's Application For Interlocutory Appeal," appellee's response to appellant's application, appellant's reply to appellee's response, and appellee's reply to appellant's reply.

The application is **GRANTED**. See Tex. R. App. P. 28.3(k).

-----------

[1]*See* Tex. R. App. P. 47.4.

2

It is further ordered that the above cases are hereby consolidated for purposes of all further proceedings in this court. Each cause shall continue to bear its respective case number.

Appellant's brief for the consolidated cases above will be due on or before **Monday, May 14, 2012**. The appellee's brief will be due twenty (20) days after the filing of the appellant's brief.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court, and the trial court clerk.

DATED April 20, 2012.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and MEIER, JJ.